1150

No. 82–5790.  Brewer v. Oklahoma.   Ct. Crim. App. Okla.  Certiorari denied.

No. 82–5802.  Kirk v. United States.   C. A. 4th Cir. Certiorari denied.

No. 82–5805.  Engelke v. Shering, Judge of Justice Court, Clark County, Nevada.  C. A. 9th Cir.  Certiorari denied.

No. 82–5813.  Piskacek v. Odessa College et al. C. A. 5th Cir.  Certiorari denied.

No. 82–5820.  Calvin v. Ryan et al.   C. A. 4th Cir. Certiorari denied.

No. 82–5829.  Antonelli v. Illinois Bell Telephone Co.  Sup. Ct. Ill.  Certiorari denied.

No. 82–5848.  Prunty v. Department of the Navy. C. A. 9th Cir.  Certiorari denied.

No. 82–5871.  Garza v. Miller, Warden.   C. A. 7th Cir.  Certiorari denied.